ACCEPTED
12-15-00086-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/21/2015 12:56:37 PM
CATHY LUSK
CLERK

Appellate Docket Number:     12-15-00086-CR

Appellate Case Style: Style:    Lynn Ray Brown

               Vs.    State of Texas

Companion Case:

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/21/2015 12:56:37 PM

CATHY S. LUSK
Clerk

Amended/corrected statement:  ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name:     Lynn | ☒ Lead Attorney |
| Middle Name:  Ray | First Name:     Austin |
| Last Name:     Brown | Middle Name:  Reeve |
| Suffix: | Last Name:     Jackson |
| Appellant Incarcerated?   ☒ Yes  ☐ No | Suffix: |
| Amount of Bond: $0.00 | ☒ Appointed              ☐ District/County Attorney |
| Pro Se:  ◯ | ☐ Retained              ☐ Public Defender |
| | Firm Name:     The Jackson Law Firm |
| | Address 1:     112 E. Line |
| | Address 2: |
| | City:     Tyler |
| | State:   Texas              Zip+4:   75702 |
| | Telephone:     903-595-6070          ext. |
| | Fax:     866-387-0152 |
| | Email:   thejacksonlawfirm@gmail.com |
| | SBN:     24046139 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: The State of Texas | ☒ Lead Attorney |
| Middle Name: | First Name: Michael |
| Last Name: | Middle Name: J |
| Suffix: | Last Name: West |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☒ District/County Attorney |
| Pro Se: ○ | ☐ Retained ☐ Public Defender |
| | Firm Name: Smith County District Attorney's Office |
| | Address 1: 4th Floor Courthouse |
| | Address 2: 100 N Broadway |
| | City: Tyler |
| | State: Texas    Zip+4: 75702 |
| | Telephone: 903-590-1720    ext. |
| | Fax: 903-590-1719 |
| | Email: |
| | SBN:    [Add Another Appellee/Attorney] |

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Theft

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: June 24, 2014

Offense charged: Poss of a Controlled Substance DrugFree Zon

Date of offense: March 24, 2015

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: April 2, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 2 Years

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?
☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed:

Date of hearing: ☐ NA

Date of order: ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court:    The 241ST District Court

County:  Smith

Trial Court Docket Number (Cause no):    241-1480-14

Trial Court Judge (who tried or disposed of the case):

First Name:    Jack

Middle Name:

Last Name:    Skeen

Suffix:

Address 1:    Smith County Court House

Address 2:    100 N Broadway

City:    Tyler

State:  Texas                    Zip + 4:  75702

Telephone:    903-590-1631        ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:  ☒ District    ☐ County

Was clerk's record requested?    ☒ Yes  ☐ No

If yes, date requested:  Apr 2, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?     ☒ Yes  ☐ No

Was the reporter's record electronically recorded?  ☒ Yes  ☐ No

If yes, date requested:  Apr 2, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☒ Official              ☐ Substitute

First Name:    Christy

Middle Name:

Last Name:    Humphries

Suffix:

Address 1:    241ST District Court

Address 2:    100 N Broadway

City:    Tyler

State:  Texas                    Zip + 4:

Telephone:                ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                          Court:

Style:

     Vs.

## X. Signature

_____

Signature of counsel (or Pro Se Party)

Austin Reeve Jackson

Printed Name:

Electronic Signature:
    (Optional)

Date:  April 21, 2015

State Bar No: 24046139

Name:  Austin Reeve Jackson

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  April 21, 2015                    .

_____

Signature of counsel (or pro se party)

Electronic Signature:
    (Optional)

State Bar No.:    24046139

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: April 21, 2015

Manner Served: eServe

First Name: Michael

Middle Name:

Last Name: West

Suffix:

Law Firm Name: Smith County District Attorney

Address 1: 100 N. Broadway

Address 2:

City: Tyler

State Texas                Zip+4: 75702

Telephone:                ext.

Fax:

Email:

Ver. 1.0.0  7/12